IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judi Latham,<br><br>    Plaintiff,<br><br>v.<br><br>Getaways Resort Management LLC,<br><br>    Defendant. | No. CV-24-08207-PCT-SMM<br><br>**ORDER** |

Before the Court is the Minutes Entry for proceedings held before Magistrate Judge Eric J. Markovich. (Doc. 18). A settlement was reached during the proceedings, which the Court will treat as a Notice of Settlement, pursuant to LRCiv 40.2.

Accordingly,

**IT IS ORDERED** that a Stipulation to Dismiss shall be filed on or before August 15, 2025. If a Stipulation to Dismiss has not been filed by this deadline the parties shall file a Status Report to the Court on that date.

Dated this 18th day of July, 2025.

Stephen M. McNamee
Senior United States District Judge